UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 17-08647 |
| | ) | |
| NIKKIA S. NICHOLS | ) | Chapter: 13 |
| | ) | Honorable Deborah L. Thorne |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER ALLOWING DEBTORS TO INCUR DEBT

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notices having been given to the parties entitled thereto:

It is ORDERED:

1. The Debtor is granted leave to obtain financing for a house in the amount of up to $70,000.00, with financing of up to 6% interest, with monthly payments of up to $570.00 per month for principal, interest, taxes, and insurance, for the home located at 22546 Jeffrey Ave., Sauk Village, IL 60411, or a similar home.

Enter: *[signature: Deborah L. Thorne]*

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: July 18, 2018

**Prepared by:**

Ryan J. McCready
ARDC# 6308289
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090